

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00381-CV

**IN THE INTEREST OF P.J.C.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02145
Honorable Charles E. Montemayor, Judge Presiding[1]

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's September 10, 2021 order of termination is AFFIRMED as to appellant M.L.C. a/k/a M.L.S. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she is presumed indigent under Texas Family Code section 107.013(e).

SIGNED February 16, 2022.

_____
Beth Watkins, Justice

---

[1] The order on appeal was signed by the Honorable Charles E. Montemayor. The Honorable Martha B. Tanner presided over the trial and orally rendered the judgment of termination.